**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Francisco Javier MANJARREZ–CARDENAS, Defendant–Appellant.**

No. 10–10374.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 13, 2012.*

Filed Nov. 19, 2012.

Before: CANBY, TROTT, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Francisco Javier Manjarrez–Cardenas appeals from his guilty-plea conviction and 60–month sentence for conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(a)(1)(A)(i), (h). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Manjarrez–Cardenas's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Manjarrez–Cardenas the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. We dismiss in light of the valid appeal waiver. *See United States v. Watson,* 582 F.3d 974, 988 (9th Cir.2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**